LaMonica Herbst & Maniscalco, LLP
3305 Jerusalem Avenue
Wantagh, New York 11793
(516) 826-6500
Salvatore LaMonica, Esq.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
AT CENTRAL ISLIP
-------------------------------------------------X
In re:

SEUNG MIN PARK, A/K/A                                 Chapter 7
JOSEPH PARK,                                          Case No.: 09-78622

        Debtor.
-------------------------------------------------X

## STATEMENT PURSUANT TO

## SECTION 521

I, Seung Min Park, a/k/a Joseph Park, the Debtor herein have not submitted any p

ay stubs for the past sixty (60) days because I did not collect any salary during this perio

d of time.

                                               Joseph Park